IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CR 127

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | RULE 11 INQUIRY |
| | ) | AND ORDER OF |
| v. | ) | ACCEPTANCE OF |
| | ) | UNWRITTEN PLEA |
| STEVEN ORLANDO WILSON | ) | |
| | ) | |

The Court is advised that you have decided to change your plea of not guilty to guilty. The Court is required by the Federal Rules of Criminal Procedure to inquire and advise you concerning your plea. The Court must ask you some questions and you will be required to personally respond to those questions under oath. I will now ask the Clerk to administer the oath to you.

1. Do you understand that you are now under oath and that you are required to give truthful answers to the questions that I am about to ask you?

    YES: ✓     NO: ___

2. Do you understand that if you give false information under oath you may be prosecuted for perjury or false statements?

    YES: ✓     NO: ___

3. Are you able to hear and understand my questions?

    YES: ✓     NO: ___

4. Do you understand that you have the right to have a United States District Judge conduct this proceeding?

    YES: ✓     NO: ___

5. Recognizing your right to proceed before a District Judge, do you expressly consent to proceed in this Court, that is, before a United States Magistrate Judge?

   YES: ✓    NO: ____

6. a) There has been presented to me a document entitled "Sealed Addendum to Entry and Acceptance of Guilty Plea" which provides information to me concerning your name, age, education, use of drugs or alcohol and medical information. Did you provide the information for the completion of that document and did you sign that document?

   YES: ✓    NO: ____

   b) Is all the information provided in the document true and accurate?

   YES: ✓    NO: ____

7. Is your mind clear and do you understand that you are here today to enter a guilty plea that may not later be withdrawn?

   YES: ✓    NO: ____

8. Do you understand that you have the right to be represented by an attorney at every stage of this proceeding?

   YES: ✓    NO: ____

   Have you reviewed the Bill of Indictment with your attorney?

   YES: ✓    NO: ____

9. Are you pleading guilty to Count One as contained in the Bill of Indictment?

   YES: ✓    NO: ____

   The law requires that I advise you of the essential elements of such offense. Before I advise you of those elements, I am going to read to you the statute that it is alleged that you violated:

## Count One:

## 18 U.S.C. § 922(g)(1)

It shall be unlawful for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

### Elements:

1. That you have been convicted in any court of a crime punishable by imprisonment for a term exceeding one year and that you knew of such conviction;

2. That thereafter you possessed one or more firearms;

3. That the firearm(s) had been shipped or transported in interstate or foreign commerce; and

4. That you acted knowingly, intentionally, willfully, and unlawfully.

### Penalty:

I am also required by law to advise you concerning the maximum and minimum penalties prescribed by law for such offense.

The maximum possible penalty for this offense is a term of imprisonment of not more than 10 years, a fine not to exceed $250,000, or both, a term of supervised release of not more than 3 years, and a $100 special assessment.

However, if at the time of the commission of this offense, you had three previous convictions by any court for a violent felony or a serious drug offense, or both, committed on occasions different from one another, then you would be subject to a term of imprisonment of not less than 15 years and not more than life, a fine not to exceed $250,000, or both, a term of supervised release of not more than 5 years and a $100 special assessment. Notwithstanding any other

provision of the law, the Court shall not suspend the sentence of or grant a probationary sentence to such person.

10. Do you understand that if you are not a citizen of the United States, your guilty plea may result in your deportation from this country, your exclusion from admission to this country, or the denial of your naturalization under Federal Law?

 YES: ✓   NO: ____

11. a) Do you fully understand the charge against you, including the maximum and minimum penalties?

 YES: ✓   NO: ____

 b) Do you understand each element of the offense charged?

 YES: ✓   NO: ____

 c) Do you understand that upon a plea of not guilty the Government would be required to prove each element of the offense charged beyond a reasonable doubt?

 YES: ✓   NO: ____

 d) Do you understand that the Government would be required to prove that the unlawful act(s) were committed knowingly, willfully, intentionally, and unlawfully?

 YES: ✓   NO: ____

12. If the Court imposes an active term of imprisonment of more than one year, the Court is required also to order a term of "supervised release," and a term of supervised release may be ordered in other circumstances. This means that after a defendant is released from prison, there are certain terms and conditions they will be required to follow. The length of supervised release usually ranges from one to five years but may be

more or less than that for certain offenses. Do you understand the term "supervised release" as the Court has explained it to you?

YES: ✓     NO: ____

13. Do you understand that if you violate the terms and conditions of supervised release, you could be returned to prison for an additional period of time?

YES: ✓     NO: ____

14. Do you understand that parole has been abolished in the federal system, and if you are sentenced to a term of imprisonment, you will not be released on parole?

YES: ✓     NO: ____

15. Have you and your attorney discussed how the United States Sentencing Guidelines may apply in your case?

YES: ✓     NO: ____

16. Do you understand how these Guidelines may apply to you?

YES: ✓     NO: ____

17. Do you understand that the Court is not bound by the Sentencing Guidelines but nevertheless must consult the Guidelines and take them into account when sentencing?

YES: ✓     NO: ____

18. Do you understand that the sentence the Court will impose will be within the statutory limits and in the Court's sound discretion and could be greater or less than the sentence as provided by the Guidelines?

YES: ✓     NO: ____

19. Do you understand that the Court will follow the procedural components of the Guidelines system, which means that the Probation Office will prepare a presentence report which contains Guidelines calculations and both you and the Government will have an opportunity to object to any alleged deficiencies in the report?

    YES: ✓     NO: ____

20. Do you understand that in some circumstances you may receive a sentence that is different - that is, either higher or lower - than that called for by the Guidelines?

    YES: ✓     NO: ____

21. Do you understand that if the sentence is more severe than you expect, you will still be bound by your plea and have no right to withdraw the plea of guilty?

    YES: ✓     NO: ____

22. Do you understand that the Court has the discretion, in appropriate circumstances, to order you to make restitution to any victim of the offense. The Court may also, in the appropriate circumstance, require you to pay the costs of your confinement in prison or costs of supervision or special investigative costs, or all of these costs. The Court may also require you to forfeit property involved in the offense.

    Do you understand these requirements as I have explained them to you?

    YES: ✓     NO: ____

23. Do you understand you have a right to plead not guilty, to have a speedy trial before a judge and jury, to summons witnesses to testify in your behalf, and to confront witnesses against you?

    YES: ✓     NO: ____

24. Do you understand that if you exercise your right to trial you would be entitled to the assistance of an attorney, that you would not be required to testify, that you would have the right to voluntarily testify and to present evidence at trial, to compel the attendance of witnesses, that you would be presumed innocent, and the burden would be on the Government to prove your guilt beyond a reasonable doubt. Do you understand all of these rights?

    YES: ✓    NO: _____

25. Do you understand that by entering a plea of guilty you forfeit and waive (or give up) your right to plead not guilty, to a trial by jury and at that trial the right to assistance of counsel, the right to confront and cross-examine witnesses against you, the right against compelled self-incrimination, the right to voluntarily testify on your own behalf and to present evidence at trial, to compel the attendance of witnesses, and any other rights associated with a jury trial. Do you understand that by entering this plea of guilty you are waiving (or giving up) all of these rights? A trial will not be held. If your plea of guilty is accepted, there will be one more hearing where the District Court will determine what sentence to impose. Do you understand those things?

    YES: ✓    NO: _____

26. Are you, in fact, guilty of the count in the Bill of Indictment to which you have come to court today to plead guilty? That is, did you commit the act described in Count One of the Bill of Indictment?

    YES: ✓    NO: _____

27. a)  Is your plea of guilty voluntary?

    YES: ✓    NO: _____

    b)  Has anyone made any promise to you or threatened you in any way to cause you to enter this plea of guilty against your wishes?

    YES: _____    NO: ✓

c) Do you enter this plea of guilty of your own free will, fully understanding what you are doing?

YES: ✓   NO: ___

28. Do you understand that entering a plea of guilty to a felony charge may deprive you, at least for a time, of certain civil rights such as the right to vote, hold a public office, serve on a jury and possess a firearm?

YES: ✓   NO: ___

29. Is your willingness to plead guilty the result of prior discussions between your attorney and the attorney for the Government?

YES: ___   NO: ✓

30. Have the Government and Defendant entered a plea agreement of any kind or nature in this case?

YES: ___   NO: ✓

31. Have you had ample time to discuss with your attorney any possible defenses you may have to this charge, and have you told your attorney everything you want such attorney to know about this case?

YES: ✓   NO: ___

32. Are you entirely satisfied with the services of your attorney?

YES: ✓   NO: ___

33. Are you telling the Court that you know and understand fully what you are doing, that you heard and understood all parts of this proceeding, and want the Court to accept your plea of guilty?

YES: ✓   NO: ___

34. Do you have questions, statements, or comments to make about anything brought up or discussed in the course of the proceeding? If you do, I will be happy to try and answer your questions or I will be glad to hear any statements or comments that you want to make.

    YES: _____  NO: ✓

35. Counsel, are you satisfied that Defendant understands the charge, potential penalties, and consequences of this plea?

    YES: ✓  NO: _____

On advice and in the presence of counsel, Defendant respectfully requests the Magistrate Judge to accept his or her guilty plea. By signing below, Defendant (and counsel) certify and affirm that the answers given to the questions propounded by the Court, as recorded above and on the record, are true and accurate to the best of their knowledge.

_Steven Wilson_
Defendant's Signature

_Mary Ellen Coen_
Counsel's Signature

Based upon the representations and answers given by Defendant (and counsel) in the foregoing Rule 11 proceeding, the Court finds that Defendant's plea is knowingly and voluntarily made, and that Defendant understands the charge, potential penalties, and consequences of said plea. The Court further finds that Defendant's plea is supported by an independent basis in fact containing each of the elements of the offense charged against the defendant in Count One of the Bill of Indictment. Based thereon, Defendant's plea is hereby accepted. In addition, I recommend that the District Court accept Defendant's plea and enter judgment thereon. If you have any objection to my recommendation, you have 14 days to file any such objections in writing with this Court. If you fail to object within that 14-day period, it will be deemed a waiver of any such objection.

SO ORDERED, this the 22nd day of June 2020.

_W. Carleton Metcalf_
W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE